TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00618-CV

Thomas C. Retzlaff, Appellant

v.

John Poveda, R. Christopher Esson, and Zenith Insurance Company
, Appellees

FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY

NO. 37,481, HONORABLE EDWARD S. JOHNSON, JUDGE PRESIDING 

PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex. R. App.
P. 59(a)(1)(B).

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Dismissed on Appellant's Motion

Filed: May 8, 1997

Do Not Publish